## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

JUAN CARLOS GIL, an individual, and
ACCESS 4 ALL, INC., a Florida not for
Profit Corporation

    Plaintiff(s),

vs.

GRATEFUL HEARTS INVESTMENT,
LLC, a Limited Liability Company and
HANSON-MCKENZIE, LLC

    Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)

Case # 2:26-cv-00221

**ORDER GRANTING
VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

    GARRETT ELSINGER , Petitioner, respectfully represents to the Court:
(name of petitioner)

1.    That Petitioner is an attorney at law and a member of the law firm of

The Mineo Salcedo Law Firm
(firm name)

with offices at     5600 Davie Road
(street address)

    Davie , Florida ☻, 33314
(city)    (state)    (zip code)

954-463-8100 , Gelsinger@mineolaw.com .
(area code + telephone number)    (Email address)

2.    That Petitioner has been retained personally or as a member of the law firm by

Juan Carlos Gil and Access 4 All, Inc. to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____10/11/1996_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of Florida _____
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Southern Dist. of Florida | 07/11/2003 | 091022 |
| Middle Dist. of Florida | 02/12/2008 | 091022 |
| ████████████ | ████ | ████ |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

NONE

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

NONE

7.     That Petitioner is a member of good standing in the following Bar Associations.

The Florida Bar

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 07/02/2025 | Longhini et al v Koval | Dist. of Nevada | Granted |
| | 2:25-cv-01067 | | Denied |
| | | | Denied |
| | | | Denied |
| | | | Denied |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Florida          ❂    )
                                )
COUNTY OF ____Broward____ )

____Garrett Elsinger____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_10_ day of _February_, _2026_.

_____
Notary Public or Clerk of Court

Notary Public State of Florida
Denise Ingleton
My Commission HH 334655
Expires 11/21/2026

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Lee Iglody____,
                                                                                    (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2580 St Rose Pkwy #330_____,
(street address)

___Henderson___, _Nevada_          ❂, _89074_,
    (city)            (state)           (zip code)

___702-425-5366___, ___lee@iglody.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Lee Iglody, Esq. _____ as
<span style="margin-left:8em;">(name of local counsel)</span>
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Juan Carlos Gil
(type or print party name, title)

_____
(party's signature)

Secretary, Access 4 All, Inc.
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

7757                              lee@iglody.com
Bar number                       Email address

APPROVED:

Dated: this 12th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 0091022
Garrett Scott Elsinger
The Mineo Salcedo Law Firm, P.A.
5600 SW 64th Ave
Davie, FL 33314-7103

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 11, 1996**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this _11th_ day of **February, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-394510

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

## CERTIFICATE OF GOOD STANDING

I,    **Angela E. Noble,**    Clerk of the United States District Court
for the Southern District of Florida,

do hereby certify that **Garrett Scott Elsinger** , Florida Bar # **91022**, was duly admitted to practice

in this Court on **July 11, 2003**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on February 12, 2026.

Angela E. Noble

*Court Administrator & Clerk of Court*

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Middle District of Florida

## CERTIFICATE OF GOOD STANDING

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that

**Garrett S. Elsinger**, Florida Bar # **0091022**, was duly admitted to practice in

this Court on **February 12, 2008**, and is in good standing as a member of the

Bar of this Court.

Dated at: **Orlando, Florida** on February 12, 2026.



Elizabeth M. Warren
Clerk of Court