THE KARLIN LAW FIRM LLP
L. Scott Karlin (*Appearing Pro Hac Vice*)
California Bar No. 90605
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
staff@karlinlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUAN CARLOS GIL, an individual, and ACCESS 4 ALL, INC., a Florida not for Profit Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>GRATEFUL HEARTS INVESTMENT, LLC, a Limited Liability Company and HANSON-MCKENZIE, LLC, a Limited Liability Company,<br><br>Defendants. | Case No. 2:26-cv-00221<br><br>AMENDED STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by the Parties' respective counsel of record that Defendants GRATEFUL HEARTS INVESTMENT, LLC, a Limited Liability Company and HANSON-MCKENZIE, LLC, a Limited Liability Company (collectively "Defendants") will have up to and including April 11, 2026, to answer or otherwise respond to Plaintiff's Complaint. GRATEFUL HEARTS INVESTMENT, LLC, a Limited Liability Company was served with a copy of the Complaint on February 5, 2026, and HANSON-MCKENZIE, LLC, a Limited Liability Company, was served on February 10, 2026. Counsel for

Defendants was recently retained. In support of this request, Defendant states that good cause exists for this extension because Counsel needs time to investigate allegations and draft responsive pleadings.

## ORDER

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III  UNITED
STATES MAGISTRATE JUDGE
4-3-26

Submitted by:
DATED this 1st day of April 2026.                    DATED this 1st day of April 2026.

By: /s/ John A. Salcedo                                      By: /s/ Adam Fulton
John A. Salcedo, Esq.                                        Adam Fulton, Esq.
Florida Bar No.: 14665                                       2580 Sorrel Street
The Mineo Salcedo Law Firm, P.A.                  Las Vegas, NV 89146
5600 Davie Road Davie, FL 33314                  Tel: (702) 979-3565
T: 954.463.8100                                                 Email: afulton@jfnvlaw.com
E: jsalcedo@mineolaw.com

By: /s/ Lee Iglody                                             By: /s/ L. Scott Karlin
Lee Iglody, Esq.                                                L. Scott Karlin
Iglody Law                                                        California Bar No. 90605
2580 St Rose Pkwy #330                                 The Karlin Law Firm LLP
Henderson, Nevada 89074                              13522 Newport Ave., Suite 201
O: (702) 425-5366                                           Tustin, California 92780
C: (702) 561-9934                                           Office: (714) 731-3283
lee@iglody.com                                               Email: staff@karlinlaw.com

ATTORNEYS FOR PLAINTIFFS                    ATTORNEYS FOR DEFENDANTS

2

I certify that Artificial Intelligence was not used to prepare the foregoing document.

By: /s/ L. Scott Karlin
L. Scott Karlin
The Karlin Law Firm LLP
13522 Newport Ave., Suite 201
Tustin, California 92780
Tel: 714-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
Email: staff@karlinlaw.com

2:26-CV-00221- STIPULATION