Lee Iglody
Nevada State Bar No. 7757
**IGLODY LAW**
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Tel: (702) 425-5366
lee@iglody.com

Garrett S. Elsinger, Esq. *(Pro Hac Vice)*
Florida Bar No.: 14665
THE MINEO SALCEDO LAW FIRM, P.A.
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Gelsinger@mineolaw.com
Service@mineolaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JUAN CARLOS GIL, an individual, and ACCESS 4 ALL, INC., a Florida not-for-Profit Corporation,<br><br>Plaintiffs,<br>vs.<br><br>GRATEFUL HEARTS INVESTMENT, LLC, a Limited Liability Company and HANSON-MCKENZIE, LLC.<br><br>Defendants. | Case No. 2:26-CV-00221<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs, JUAN CARLOS GIL and ACCESS 4 ALL, INC, on behalf of themselves and all other persons similarly situated (collectively hereinafter "Plaintiffs"), and Defendants, GRATEFUL HEARTS INVESTMENT, LLC, and HANSON0MCKENZIE, LLC, by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure,

hereby jointly stipulate to a dismissal of this action with prejudice. All parties shall bear their own attorneys' fees and costs.

Dated: July 28, 2026

Respectfully submitted,

*/s/ Garrett S. Elsinger*
Garrett S. Elsinger, Esq.
The Mineo Salcedo Law Firm
Florida Bar No.: 14665
THE MINEO SALCEDO LAW FIRM, P.A.
5600 Davie Road
Davie, FL 33314
Telephone: (954) 463-8100
Facsimile: (954)463-8100
Gelsinger@mineolaw.com
Service@mineolaw.com
(Pro Hac Vice)
Attorneys for Plaintiffs JUAN CARLOS GIL, and
ACCESS 4 ALL, INC.

*/s/ Larry Scott Karlin, Esq.*,
Larry Scott Karlin, Esq.
The Karlin Law Firm LLP
13522 Newport Ave., Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
E: staff@karlinlaw.com
*Attorneys for Defendants*

IT IS SO ORDERED

DATED this 29th day of July, 2026.

Miranda M. Du, U.S. District Judge